# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**John Ley**
Acting Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

January 11, 2010

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI  FL  33128-1813



FILED by _____ D.C.

JAN 14 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**Appeal Number: 09-13873-BB**
Case Style: Julie Ann Domotor v. Judge Richard I. Wennett
District Court Number:  08-81164 CV-JIC

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
   Original record on appeal or review, consisting of: one volume

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's decision,</u> is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

John Ley, Acting Clerk of Court

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (06/2006)

# United States Court of Appeals
For the Eleventh Circuit

No. 09-13873

District Court Docket No.
08-81164-CV-JIC

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Dec 11, 2009

THOMAS K. KAHN
CLERK

JULIE ANN DOMOTOR,

    Plaintiff-Appellant,

versus

JUDGE RICHARD I. WENNET,
WILLIAM JACOB STEINBACH, III,
CAREY HAUGHWOUT,
JAMES H. MAHONEY,

    Defendants-Appellees,

PALM BEACH COUNTY SHERIFF'S OFFICE,

    Defendant.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Southern District of Florida

---

JUDGMENT

    It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
JAN 11 2010
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:   December 11, 2009
For the Court:   Thomas K. Kahn, Clerk
By:   Patch, Jeffrey

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
                                    FILED
                              U.S. COURT OF APPEALS
                               ELEVENTH CIRCUIT
                               DECEMBER 11, 2009
       No. 09-13873              THOMAS K. KAHN
     Non-Argument Calendar            CLERK
```

D. C. Docket No. 08-81164-CV-JIC

JULIE ANN DOMOTOR,

                    Plaintiff-Appellant,

versus

JUDGE RICHARD I. WENNET,
WILLIAM JACOB STEINBACH, III,
CAREY HAUGHWOUT,
JAMES H. MAHONEY,

                    Defendants-Appellees,

PALM BEACH COUNTY SHERIFF'S OFFICE,

                    Defendant.

Appeal from the United States District Court
for the Southern District of Florida

(December 11, 2009)

Before TJOFLAT, BLACK and PRYOR, Circuit Judges.

PER CURIAM:

The district court dismissed without prejudice, pursuant to <u>Heck v. Humphrey</u>, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), appellant's claims for false arrest and false imprisonment, and for conspiracy to commit those offenses, because those claims, if successful, would have negated appellant's underlying criminal convictions. She now appeals the dismissal. We affirm. As the district court properly explained in its June 30, 2009 order of dismissal, so long as those convictions remain undisturbed, <u>Heck V. Humphrey</u> bars appellant's claims.

AFFIRMED.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

2